## STATE

v.

### Janet WALSH et al.

### No. 78–400–C.A.

Supreme Court of Rhode Island.

May 2, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

James Cardono, Pawtucket, for defendant Janet Walsh.

## ORDER

This case is remanded to the Superior Court for hearing on the question of whether defendant Janet Walsh has violated the conditions of her bail. At the conclusion of said hearing, the record herein shall be returned to this court forthwith.

### TOWN OF GLOCESTER

v.

### LUCY CORPORATION.

### No. 80–182–A.

Supreme Court of Rhode Island.

May 2, 1980.

Robert G. Flanders, Jr., Providence, for plaintiff.

Raymond R. Pezza, Providence, for defendant.

## ORDER

The defendant's motion for stay is assigned to the motion calendar for Tuesday, May 6, 1980 at 9:30 a. m. for oral argument.

### Jana VETTER

v.

### Kirk MORANG et al.

### No. 80–212–A.

Supreme Court of Rhode Island.

May 2, 1980.

Longolucco & Lenihan, William J. Gallogly, Westerly, for petitioner.

Gregory & Acton, Ltd., Donald M. Gregory II, Wickford, David C. Moretti Law Offices, Kenneth Scott Goldworm, Cranston, for respondents.

## ORDER

The respondents' motion for stay of enforcement of the Family Court decree pending appeal is assigned to the motion calendar for Thursday, May 8, 1980 at 9:30 a. m. for oral argument. The temporary stay entered in this case on April 29, 1980 is continued until further order of this court.